IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYCE ORCUTT                          :        CIVIL ACTION
                                      :
     vs.                              :
                                      :        NO. 15-540
CSXT, INC.

O R D E R

**AND NOW, TO WIT:** This 29th day of January, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                          **MICHAEL E. KUNZ**, Clerk of Court

                                          s/carol d. james
                 **BY:**_____
                                          Carol D. James
                                          Deputy Clerk